IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-23-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ERNEST JAMES HOLLAND, III, | ) | |
| | ) | |
| Defendant. | ) | |

As explained in open court and incorporated herein by reference, Ernest James Holland, III's motion to suppress [D.E. 20] is DENIED.

SO ORDERED. This 28 day of April 2016.

JAMES C. DEVER III
Chief United States District Judge