IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No: 5:16-CR-23-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ERNEST JAMES HOLLAND, III | ) | |
| | ) | |

Each party may file a reply to the sentencing memoranda filed at [D.E. 70, 71] by no later than December 8, 2017.

SO ORDERED. This 7 day of December 2017.

JAMES C. DEVER III
Chief United States District Judge